LEE V. QUILLAR D-22639
P.O. BOX 950 5BA227
FOLSOM, CA 95763

IN PRO SE.

2254 ✓ 1983
FILING FEE PAID
Yes___ No ✓
IFP MOTION FILED
Yes___ No ✓
COPIES SENT TO
Court ✓ ProSe___

FILED
2008 JAN 31 PM 4:14
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LEE V. QUILLAR,

Movant,

ON MOTION FOR RELIEF OF JUDGMENT

Real Party in Interest./

CASE No. '08 CV 0194 IEG AJB

NOTICE AND MOTION FOR RELIEF OF JUDGMENT BASED ON NEWLY DISCOVERED EVIDENCE (FRAUD) AND DENIAL OF DUE PROCESS [Fed. R. Civ. P, rule 60(b)]

NOTICE IS HEREBY GIVEN that Movant Lee V. Quillar, moves the above-entitled court on motion for relief of judgment based on newly discovered evidence that could not have been discovered due to fraud on behalf of judicial officials as demonstrated in the enclosed petition for writ of habeas corpus.

This motion is being filed by virtue of FRCP, rule 60(b); and under the guidelines of 28 U.S.C. §2244(b)(2); as: "facts that (1) could not have been discovered earlier through the exercise of due diligence; and (2) if proved, would establish by clear and convincing evidence that but for the error (fraud), no reasonable fact-finder would have found petitioner guilty.

In light of the evidence that shows intentional impediments, fraud, the falsifying of legal court documents, and a complete denial of due process, movant/petitioner submits the enclosed petition

to be considered.

None of the claims have been addressed on the merits, and each of them has been fully exhausted within the state courts, the final being the California Supreme Court under case number S151525.

Due to the unique and quite serious violations, this motion should be granted.

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was Executed at Represa, California on January 22, 2008.

Respectfully,

[signature]

Lee V. Quillar/Movant

///

///

///

///

///

# PROOF OF SERVICE BY MAIL

I, LEE V. QUILLAR, AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 YEARS, AND I AM /AM NOT A PARTY TO THIS ACTION.

MY PRISON NUMBER IS: D-22639

MY PRISON ADDRESS IS; **P.O. BOX 950, Folsom, Ca. 95763**

ON January 27, 2008, I SERVED A COPY OF THE FOLLOWING DOCUMENT: NOTICE AND MOTION FOR RELIEF OF JUDGMENT BASED ON NEWLY DISCOVERED EVIDENCE (FRAUD) AND DENIAL OF DUE PROCESS [FED. R. CIV. P, RULE 60(b)]

ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM, CALIFORNIA, ADDRESSED AS FOLLOWS:

United States District Court
Southern Distirct of California
880 Front Street, RM 4290
San Diego,CA 92101-8900

Department of Justice
110 West "A" Street, Ste. 1100
San Diego, CA 92186

THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED January 27, 2008, AT FOLSOM, CALIFORNIA..

Lee V. Quillar

<signature here >

By, Lee V. Quillar