**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEE V. QUILLAR, Petitioner, vs. MATTHEW KRAMER, Warden, Respondent. | Civil No. 08-0194 IEG (AJB) **SUMMARY DISMISSAL OF SUCCESSIVE PETITION PURSUANT TO 28 U.S.C. § 2244(b)(3)(A) GATEKEEPER PROVISION** |

Petitioner, Lee V. Quillar, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The instant Petition is not the first Petition for a Writ of Habeas Corpus Petitioner has submitted to this Court challenging his conviction in San Diego Superior Court case No. SCE-171374. Thus, the case is summarily dismissed pursuant to 28 U.S.C. § 2244(b)(3)(A) as indicated below.

**PRIOR FEDERAL HABEAS PETITION DENIED ON THE MERITS**

On May 30, 2001, Petitioner filed in this Court a Petition for Writ of Habeas Corpus in case No. 01cv0968 BTM (BEN). In that petition, Petitioner challenged his conviction in San Diego Superior Court case No. SCE 171374 as well. On May 29, 2003, this Court denied the petition on the merits. (*See* Order filed May 29, 2003 in case No. 01cv0968 [Doc. No. 61].) Petitioner appealed that determination. On February 7, 2005, the Ninth Circuit Court of Appeals affirmed this Court's decision. (*See* Case No. 01cv0968 at Doc. No. 79.)

## INSTANT PETITION BARRED BY GATEKEEPER PROVISION

Petitioner is now seeking to challenge the same conviction he challenged in his prior federal habeas petition. (See Pet. at 1.) Unless a petitioner shows he or she has obtained an Order from the appropriate court of appeals authorizing the district court to consider a successive petition, the petition may not be filed in the district court. *See* 28 U.S.C. § 2244(b)(3)(A). Here, there is no indication the Ninth Circuit Court of Appeals has granted Petitioner leave to file a successive petition.

## CONCLUSION

Because there is no indication Petitioner has obtained permission from the Ninth Circuit Court of Appeals to file a successive petition, this Court cannot consider his Petition. Accordingly, the Court **DISMISSES** this action without prejudice to Petitioner filing a petition in this court if he obtains the necessary order from the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

**DATED: February 20, 2008**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**