AO 450 Judgment in a Civil Case

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Lee V. Quillar

**V.**

Matthew Kramer

## JUDGMENT IN A CIVIL CASE

**CASE NUMBER:** 08CV0194-IEG(AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice to Petitioner filing a petition in this court if he obtains the necessary order from the Ninth Circuit Court of Appeals.

February 20, 2008
Date

W. Samuel Hamrick, Jr.
Clerk

s/J. Petersen
(By) Deputy Clerk

ENTERED ON February 20, 2008