LEE V. QUILLAR D-22639
P.O. BOX 950, 5BA227
FOLSOM, CA 95763

In PRO Se.

FILED

2008 JUN -9 PM 12:36

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY [signature] DEPUTY

**NUNC PRO TUNC**

JUN - 4 2008

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE<br>LEE V. QUILLAR<br>AFFIANT/DECLARANT<br>ON SUPPORTING DECLARATION. | Case No. CV-08-0194-IEG (AJB)<br>**DECLARATION OF LEE V. QUILLAR re FRAUD UPON THE COURT** |

LEE V. QUILLAR declares under penalty of perjury:

1. I am the declarant in the above-entitled case. I make this declaration in support of the enclosed motion/petition.

2. After having discovered that multiple court hearings were held without declarant's knowledge, consent, or presence, I began to try to secure the actual "reporter's transcripts" to hearings that: A) stripped him of counsel; B) forced him into self-representation; C) waived his trial dates; D) appointed "Co-Counsel" to his self-representation status; and E) dismissed "Co-Counsel" and alleged that declarant withdrew his self-representation request.

3. Minute orders were fraudulently designed to make it appear as if declarant was present in court and requested the events as described above. (See Appendix, pp. 12-14.)

4. After having been denied "twice" by the same judicial officer who endorsed the fraudulent minute orders after requesting the

reporters transcripts, declarant attempted to pay for the transcripts. (Appnd, pp. 1-2.)

5. On or about April 13, 2007, declarant received a letter from one of the court reporter's who processed the minute orders, who alleged that the reporter's transcripts "are unable to be produced based on Government Code section 69955(e). (p. 3.)

6. An associate of declarant who offered to assist declarant with the court fees, also personally went to the El Cajon Superior Court in order to pay for the the reporter's transcripts. However, a computer printout was given to her and she was told that the actual transcripts are in storage. (p. 4-7.)

7. On April 18, 2007, declarant mailed letter to court reporters Tammy L. Nielsen and Nina Burns (p. 8-9.)

8. On June 24, 2007, declarant wrote a letter to the Department of Justice under Government Code section 6253. Declarant attached each of the minute orders as attachments. (pp. 10-14.)

9. On April 25, 2007, the El Cajon Superior Court Reporter, served declarant with another letter, again, stating the marsden hearing transcripts are unable to be produced. (p. 15.)

10. On May 7, 2007, declarant mailed another letter to the Department of Justice in his attempt to pay for the transcripts based on (then) having access to having his associated willingness to pay the fees. (p. 16.)

11. Declarant received a letter from Attorney General Meagan Beale, (dated May 16, 2007) informing him that no application is needed to purchase transcripts. (p. 17.)

12. On May 27, 2007, declarant wrote another letter requesting the actual transcripts to the fabricated minute orders. (p. 18.)

13. On June 6, 2007, A.G. Meagan Beale responded now stating the marsden hearing transcripts "are not" contained in the normal record on appeal, and are not contained in the files of this case." (p.19.)

14. On June 29, 2007, A.G. Meagan Beale sent an additional letter to declarant, again, stating that the marsden hearing documents are not contained in the transcripts. (p.20.)

15. On July 20, 2007, declarant filed a Government claim with the Victims Compensation Government Claim Board. (pp. 21-26.)

16. After exhausting his state remedies, declarant then filed a civil complaint under California Civil Procedure §425.12. (pp. 27-29.)

17. **Only then**, subsequently on January 11, 2008 (letter dated January 11, 2007 is an error), did the Superior Court mail declarant a letter stating: **"it has since been determined that the reporter transcripts CAN BE PRODUCED re the August 14, 1996 and August 20, 1996 hearing.** Bob Carlucci is deceased. His notes are not available, and no transcript can now be produced for July 10, 1996." (p. 30.)

18. **Again**, on April 18, 2008, the Superior Court send another letter now stating: "some paper notes of Mr. Carlucci's have come to light, and it has been determined that a transcript can now be produced for **July 10, 1996** (approximately six pages). (p. 31.)

19. Knowing good and well that he did not attend "any of the alleged hearings," declarant has no idea if the reporters have designed reporters transcripts at this point, or if the alleged transcripts are the ones that shows the actual events of the alleged hearings as declarant cannot afford them at this point.

20. Declarant has literally been in pursue of the hearing evidence for four years in regards to the fictitious hearings, and six years regarding having his trial counsel falsify investigation reports. Based on the parties involved and how they have each banned together, declarant has had to endure an enormous amount of blatant abuse.

21. Although the California Rules of Court, rule 8.328, is clear in its language. None of safeguards have ever been applied under the instant case.

22. Declarants case was still open in 2002 thru 2004, and as demonstrated, he has done all that is humanly possible to gain access to documents that were supposively to have became a part of the record automatically. However, based on the fraud that has occurred, declarant has been made to continue to be denied his most basic rights.

I declare under the penalty of perjury that the foregoing is true and correct except as to matters stated on information and belief, and as to those, I believe them to be true.

EXECUTED at Represa, California. On May 29, 2008.

/// Submitted by,

///

///

///

///

///

///

///

///

Lee V. Quillar/Declarant

# PROOF OF SERVICE BY MAIL

I LEE V. QUILLAR, AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 YEARS, AND I AM /AM NOT A PARTY TO THIS ACTION.

MY PRISON NUMBER IS: D-22639

MY PRISON ADDRESS IS; **P.O. BOX 950, Folsom, Ca. 95763**

ON May 29, 2008, I SERVED A COPY OF THE FOLLOWING DOCUMENT: DECLARATION OF LEE V. QUILLAR re FRAUD UPON THE COURT

ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM, CALIFORNIA, ADDRESSED AS FOLLOWS:

United States District Court
Southern District of California
880 Front St., Rm., 4290
San Diego, CA 92101-8900

Department of Justice
110 West "A" St., Ste. 1100
San Diego, CA 92101

THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED May 29, 2008, AT FOLSOM, CALIFORNIA..

Lee V. Quillar
<signature here >

By, Lee V. Quillar

# *APPENDIX IN SUPPORT OF DECLARATION OF LEE V. QUILLAR Re FRAUD UPON THE COURT PAGES 1 thru 31*

LEE V. Quillar D-22639
P.O. Box 921 C-4 217
Imperial, CA 92251

IN PRO PER.

FILED
Clerk of the Superior Court

APR 10 2007

IN THE CALIFORNIA SUPERIOR COURT
COUNTY OF SAN DIEGO - EAST DIVISION

C. Lehman, COC
EAST COUNTY DIVISION

Lee V. Quillar,

Movant.

ON MOTION for Transcripts. /

CASE NO. SCE171374

NOTICE AND MOTION FOR TRANSCRIPTS AND ESTIMATE COST

NOTICE IS HEREBY GIVEN that the above-named movant is hereby requesting the follow transcripts by virtue of Cal. Rule of Court, rule 5(c) and (d).

1) The Marsden motion and all admonishments made in reference to the hearing held on July 10, 1996. A) Reporter: Carlucci, Robert # 5552, in department B. B) The August 14, 1996 hearing; Reporter: Tammy Nielsen, #9143, in department B. And C) The August 20, 1996 hearing; Reporter: Tammy Nielsen, #9143 in department B. (See attached minute orders pp. 1-3.)

2) It is further requested that the cost for the refurbishing of said transcripts be forwarded pursuant to court rule 5(c).

This request is necessary and based on the movant's "Pending Cases" under case numbers D050471, and 5

Dated: April 5, 2007

Submitted by,

/s/ Lee V. Quillar
LEE V. QUILLAR

| Short Title: | Court Case No: |
|---|---|
| People of the State of California V. Quillar | SCE171374 |

# Proof of Service By Mail

I am over the age of 18 and a party/not a party (mark one out) to the cause.

I am a resident of or employed in the county where the mailing occurred. My residence or business address is (specify): CENTINELA STATE PRISON (I.D. # D-22639
2302 BROWN ROAD
P.O. BOX 921
IMPERIAL, CA 92251

I served the attached: Notice And Motion For Transcripts and estimate cost

By enclosing true copies in a sealed envelope addressed to each person whose name and address is given below and depositing the envelopes in the United States mail with the postage fully prepaid. in the County of Imperial.

Date of deposit: April 5, 2007

NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

California Superior Court
EAST County Division
250 E. Main Street,
El Cajon, CA 92020

I certify under penalty of perjury that the foregoing is true and correct.

DATE: 4-5-2007

LEE V. QuillaR
(TYPE OR PRINT NAME)

Lee V. Quillar
(SIGNATURE OF DECLARANT)

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SAN DIEGO**

**East County Division**
**Court Reporter Services**

**Court Reporter Services**
(619) 441-4310
Fax: (619) 441-3473

El Cajon Courthouse
250 East Main Street – 3rd Floor
El Cajon, California 92020

April 10, 2007

Lee V. Quillar D-22639
P.O. Box 921 C-4217
Imperial, CA 92251

Re: Transcript Request
Case Name: People vs. Lee V. Quillar

Dear Mr. Quillar:

I am in receipt of your transcript requests for the proceedings held on August 14, 1996, and August 20, 1996.

Unfortunately, unlike case files, reporters' stenograph notes are destroyed after 10 years in storage. According to Government Code Section 69955(e), "Reporting notes produced under subdivision (b) may be destroyed upon the order of the court after 10 years from the taking of the notes in criminal proceedings and after five years from the taking of the notes in all other proceedings, unless the notes report proceedings in capital felony cases including the preliminary hearing. No reporting notes in a capital felony case proceeding shall be destroyed until such time as the Supreme Court on request by the court clerk authorizes the destruction."

Therefore, we are unable to produce a transcript for this case.

Thank you,

Tammy L. Nielsen, CSR No. 9143
Official Court Reporter

~~DA10 85116 004903 802 001 CASE DISPLAY EL CAJON BRANCH~~
CRIME F PROS NO P8001801 ISSUED ON 061296 BY EL CAJON BRANCH
NAME SYS QUILLAR LEE VIRT 111267 DEF ATTY BARREA A
AKA CLOSED 000000
4TH AMEND 0000 4TH EXP DATE 000000 DISPO 090597
B M HGT 600 WGT 150 EYES BRO HAIR BLK EMP TYPE EMP STATUS U INTERPRETER N
BKG 96139457A MC CE171374 001 CII 07920570 SSN 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
OTH SC SCE171374 001 FBI 911532DA6 UNDOC. PERSON N
REL STATUS CUST W-DATE AMT 0000000
OFFENSE 061096 AT 920 LESLIE #6 EL CAJON CA
AGY ECPD 061096 AT SAME AT SCENE Y
AGY INVEST CONT N NODEFS 01 PURGE 101422
PROB HEAR-SENTENCING 10/09/97 0900 EC-S-C SCHEWH 000 STATE PRISON
NOTICE OF APPEAL 102997 0800 EC-S-B NO DA 000 PENDING APPEAL
REMITTITUR 022900 0800 EC-S-011 NO DA 000 AFFIRMED IN PART
CASE DISP G-J-F COURT CASE LOCATION CC/RA
SENTENCING INFORMATION IS FOR MOST SERIOUS CHARGE OF PC236-237 LCDT 112206
SENTENCED TO PRISON 25L YEARS CONFINEMENT

TOTAL SENT TIME 36L YEARS
100997 CTS D631;R/F 10,000 PC2085.5/PC1202.45;TTL TERM 36 YRS TO LIFE
FOR CHARGE RECORDS PRESS ENTER KEY CURRENT DATE 04/10/07

4.

~~DA11 85116 004903 802 01 EVENT DISPLAY PROS NO MUNI NO~~

DEFENDANT NAME SUP NO

| EVENT | COURT | DATE | DEPUTY | DEF ATTY | TYPE | ADDITIONAL INFO |
|---|---|---|---|---|---|---|
| COMPLAINT FILED | ECM000 | start ↓ 06-12-96 | | | N | FELONY |
| ARRAIGN ON COMPLAINT | ECMCUS | 06-12-96 | MEANCJ | | N | C*OTHER JURIS REASON |
| ARRAIGN ON COMPLAINT | ECMCUS | 06-13-96 | MEANCJ | DEFEP | B | PLED NG |
| FELONY READINESS | ECM007 | 06-20-96 | BENNGT | DEFEP | B | PRELIM DATE SET-CONF |
| PRELIMINARY EXAM | ECM004 | 06-26-96 | HANSKL | DEFEP | B | BOUNDOVER |
| INFORMATION FILED | ECSB | 07-02-96 | | DEFEP | B | FELONY |
| ARR ON INFORMATION | ECSB | 07-10-96 | | DEFEP | B | ERROR-CHANGE EVENT |
| ARR ON INFORMATION | ECSB | 07-10-96 | KOSTL | PROPER | P | PLED NG |
| SUP READINESS CONF | ECSB | 08-14-96 | BENNGT | PROPER | P | C*OTH DISCRETNY RSN |
| SUP READINESS CONF | ECSB | 08-20-96 | BENNGT | BARREA | A | C*OTH DISCRETNY RSN |
| TRIAL CALL | ECSB | 08-26-96 | | PROPER | P | VACATED |
| SUP READINESS CONF | ECSB | 09-24-96 | BENNGT | BARREA | A | C*FURTHER NEGOTIATN |
| TRIAL CALL | ECSB | 09-30-96 | | BARREA | A | VACATED |
| SUP READINESS CONF | ECSB | 11-18-96 | BENNGT | BARREA | A | NON-NEGOTIABLE |
| TRIAL CALL | ECSB | 12-02-96 | HANSKL | BARREA | A | C*OTH DISCRETNY RSN |
| SUP READINESS CONF | ECSB | 01-22-97 | BENNGT | BARREA | A | C*FURTHER NEGOTIATN |
| TRIAL CALL | ECSB | 01-27-97 | | BARREA | A | VACATED |
| SUP READINESS CONF | ECSB | 02-04-97 | BENNGT | BARREA | A | C*FURTHER NEGOTIATN |

all dates continued until 3/3/97.

ADDITIONAL EVENTS - PRESS PA1 KEY

~~DA11 85116 004903 802 01 EVENT DISPLAY PROS NO MUNI NO~~

| DEFENDANT NAME EVENT | COURT | DATE | DEPUTY | DEF ATTY | TYPE | SUP NO ADDITIONAL INFO |
|---|---|---|---|---|---|---|
| SUP READINESS CONF | ECSB | 02-10-97 | BENNGT | BARREA | A | C*FURTHER NEGOTIATN |
| SUP READINESS CONF | ECSB | 02-25-97 | BENNGT | BARREA | A | NON-NEGOTIABLE |
| TRIAL CALL | ECSB | 03-03-97 | BENNGT | BARREA | A | C*OTH DISCRETNY RSN |
| TRIAL CALL | ECSB | 04-07-97 | SCHEWH | BARREA | A | C*OTH DISCRETNY RSN |
| TRIAL CALL | ECSB | 04-14-97 | BENNGT | BARREA | A | C*OTH DISCRETNY RSN |
| TRIAL CALL | ECSB | 04-21-97 | BENNGT | BARREA | A | C*OTH DISCRETNY RSN |
| TRIAL CALL | ECSB | 05-19-97 | SCHEWH | BARREA | A | C*OTH DISCRETNY RSN |
| TRIAL CALL | ECSB | 06-02-97 | SCHEWH | BARREA | A | C*OTH DISCRETNY RSN |
| TRIAL CALL | ECSB | 06-23-97 | | BARREA | A | C*OTH DISCRETNY RSN |
| TRIAL CALL | ECSB | 06-25-97 | SCHEWH | BARREA | A | C*OTH DISCRETNY RSN |
| TRIAL CALL | ECSB | 08-11-97 | BENNGT | BARREA | A | C*OTH DISCRETNY RSN |
| TRIAL CALL | ECSB | 08-12-97 | | BARREA | A | ASSIGND TO COURTROOM |
| TRIAL - JURY | ECSC | 08-12-97 | SCHEWH | BARREA | A | G-J-F |
| PROB HEAR-SENTENCING | ECSC cont'd. | 09-18-97 | SCHEWH | BARREA | A | C*PROB INVST INCMPLT |
| PROB HEAR-SENTENCING | ECSC | 10-09-97 | SCHEWH | BARREA | A | STATE PRISON |
| NOTICE OF APPEAL | ECSB | 10-29-97 | NO DA | BARREA | A | PENDING APPEAL |
| REMITTITUR | ECS011 | 02-29-00 | NO DA | BARREA | A | AFFIRMED IN PART |

all dates continued until 8/12/97 for trial.

ALL RECORDS DISPLAYED

6.

(1)

Lee, 4-11-07

Hey I let you know I went El Cajon Court already and Spoke w/ Nina Burns who work on Report Trans. for ROBERT. Robert is no Longer work there anymore. He is passed away (Died.) last 6 Month ago. Nina is ~~[illegible]~~ Instead Now. She said she will talk to you, write you Everything what you Request. The Report Trans of your case is gone in Storage, They kept in for 10 years. Tammy will call me soon and she will find and look though your paper too. I Let you know that No $ pay for Report Trans. your case is in Storage it kept for 10 years. They said ~~your~~ the ~~[illegible]~~ Jury found your Guility on Aug 12, 1997. so None Report Trans here in El Cajon court. they have to check back in Storage - and Tammy's case will send to you about aug 14, 20th etc.. yes, They will give me copy. If not you make copy then send to me. I will kept in my file record for you O.K. I'll put my file Drawer and hold. OK. Hey Gotta 2 Go...

Be Strong!

T.

April 18, 2007
LEE V. QUILLAR D-22639
P.O. BOX 921 C4 217
Imperial, CA 92251

CASE No. SCE171374

El Cajon courthouse
250 East Main Street - 3rd Floor
El Cajon, CA 92020

Re: COPY OF "Notice of Superior Court record destruction, Rule 243.6

To: Tammy L. Nielsen, CSR No. 9143:

On April 17, 2007, I received a letter from you (dated April 10, 2007), explaining that the Reporter transcripts has been destroyed.

Firstly, I thank you for your responding to my request.

Secondly, I am respectfully requesting that a copy of the Superior court Notice of Record Destruction Form be forwarded to me. (See Rule 982.9.)

This request is being made based on the defendant in case no. SCE171374, currently having "two writs" pending in the court wherein, said information is direly needed in order to clarify his claims.

I thank you in advance Ms. Nielsen, for your time regarding this matter.

Respectfully Submitted by,

/s/ Lee V. Quillar
LEE V. QUILLAR - Defendant/
Requester.

April 18, 2007

LEE V. QUILLAR D-22639
P.O. BOX 921 C4 217
Imperial, CA 92251

CASE NO. SCE171374

El Cajon Courthouse
250 East Main Street-3rd Floor
El Cajon, CA 92020

Re: COPY OF Reporter's Transcripts/Notice of Destruction-Rule 243.6.

TO: Nina Burns, Court Reporter:

On April 11, 2007, defendant in the above-entitled case learnt that the above-named court Reporter has takened the Position of Robert carlucci (Reporter), after his demise.

I am hereby now requesting that the Reporter transcript of the hearing held on July 10, 1996, be Produced For Purchasing, or in the alternative, the Notice of date of destruction be forwarded to the undersigned.

This request is based on the defendant in the above case number currently having a need for said Report (Marsden Motion) based on his Pending habeas corpus claims.

Thank You For Your time!

Respectfully,

/s/ Lee V. Quillar
LEE V. QUILLAR

June 24, 2007

LEE V. QUILLAR D-22639
P.O. BOX 715071 (5BA210u)
Old Folsom
Represa, CA 95671

Department of Justice
110 West "A" Street, Ste. 1100
San Diego, CA 92101

RE: REQUESTED DOCUMENTS UNDER GOV'T CODE § 6253.

MS. Meagan Beale:

On may 27, 2007, the above-named forwarded three minute orders whereby, the actual transcripts were requested. Since that time, the above party has transferred from Centinela, to folsom state Prison.

It is again being requested that the following transcripts be duplicated and forwarded to the above party:

1) the marsden hearing portion of the transcript under case number SCE171374, on July 10, 1996, (see attached minute order);

2) the transcript under case number SCE171374, on August 14, 1996, appointing co-counsel, (see attached minute order); and,

3) the transcript under case number SCE171374, on August 20, 1996, showing the above party withdrawing counsel (see attached minute order).

Please forward me the fee charge upon completion of securing same so that a cashier check can be forwarded.

Thank You!

by,

/s/ Lee V. Quillar
LEE V. QUILLAR

ATTACHMENTS re REQUEST FOR TRANSCRIPTS UNDER CASE NUMBER: (SCE171574) D029778; Transcripts no. 0346-0348 (minute orders).

CR SCE171374 DA P8001801 **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO** 0346

DATE 07-10-96 AT 01:25 M. 96139457 ARR ON INFORMATION

PRESENT: HON HERBERT J. EXARHOS JUDGE PRESIDING DEPARTMENT B

CLERK KATHLEEN FAHEY KOMAN REPORTER CARLUCCI, ROBERT 5552 CSR#

REPORTER'S ADDRESS: P.O. BOX 128, SAN DIEGO, CA 92112-4104

THE PEOPLE OF THE STATE OF CALIFORNIA

VS.

QUILLAR LEE V DEFENDANT

L. Koster DEPUTY DISTRICT ATTORNEY

B - S. TARANTINO relieved ATTORNEY FOR DEFENDANT (APPTD/RETAINED)

VIOLATION OF PC451(b) Ct1 PC245(a)(1) Ct2 PC236/237 Ct3

Alleg: PC12022(b) Ct3 Prior: 2 Strike: 2 S/P: 2

INTERPRETER ______ SWORN

LANGUAGE ______

ARRAIGN

☒ DEFENDANT ~~NOT~~ PRESENT ☐ VIA AUDIO/VISUAL. ☒ ARRAIGNED, FURNISHED WITH A TRUE COPY OF INFORMATION/~~INDICT~~

☒ READING WAIVED. ☒ TRANSCRIPT FURNISHED/~~WAIVED~~ FOR ARRAIGNMENT. ☒ DEFENDANT ADVISED OF RIGHTS.

DEFENDANT PLEADS ☒ NOT GUILTY ☐ NOT GUILTY BY REASON OF INSANITY. ☐ OTHER:

☐ DRS.

DEFENDANT ☐ ADMITS ☒ DENIES PRIOR FELONY CONVICTIONS/ALLEGATIONS. AF ...NTED.

CUSTODY STATUS

☒ DEFENDANT REMANDED TO CUSTODY OF SHERIFF ☐ WITHOUT BAIL ☒ WITH BAIL SET AT $ 30,000.

☐ DEFENDANT ORDERED RELEASED FROM CUSTODY ☐ ON OWN/SUPERVISED RECOGNIZANCE ☐ CASE DISMISSED ☐ THIS CASE ONLY.

☐ DEFENDANT TO REMAIN AT LIBERTY ☐ ON BOND POSTED $ ______ ☐ ON OWN/SUPERVISED RECOGNIZANCE.

☐ BAIL IS SET AT/REDUCED TO/INCREASED TO $ ______

FUTURE HRNGS

☒ DEFENDANT WAIVES STATUTORY TIME FOR TRIAL. ☐ JURY WAIVED BY DEFENDANT.

READINESS CONFERENCE SET FOR 8/14/96 AT 9:30 IN DEPARTMENT B 13

TRIAL SET FOR [redacted] [redacted] 8/26/96 AT 9:00 IN DEPARTMENT B DAYS LEFT [redacted]

BAIL REVIEW SET FOR ______ AT ______ IN DEPARTMENT ______ ☐ PTS ORDERED

MOTIONS DUE 7/24/96

______ CONTINUED TO/SET FOR ______ AT ______ IN DEPT. ______

ON MOTION OF COURT/DDA/DEFENDANT/PROBATION OFFICER. REASON:

WRRNTS

☐ BENCH WARRANT TO ISSUE, BAIL SET AT $ ______ ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO ______

☐ BENCH WARRANT ISSUED/ORDERED ______ IS RECALLED/RESCINDED.

☐ BOND IS ☐ EXONERATED ☐ FORFEITED. AMOUNT $ ______. BOND NO. ______

BOND COMPANY ______ AGENT ______

MH

☐ PROCEEDING SUSPENDED PER PC 1368. MENTAL COMPETENCY EXAMINATION ON ______ AT ______ IN ROOM 1003, PSYCHIATRIC EXAMINING FACILITY.

HEARING ON ______ AT ______ IN DEPARTMENT ______.

☐ THE SHERIFF IS ORDERED TO TRANSPORT DEFENDANT TO AND FROM THE EXAMINATION AND HEARING STATED ABOVE.

OTHER: Public Defender's Office is relieved.
Defendant is pro per.
Sheriff is ordered to give the defendant pro per privileges.

12.

Herbert J. Exarhos

JUDGE OF THE SUPERIOR COURT

2

SCE171374 DA P8001801 **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

DATE 08-14-96 AT 09:30 M. 96139457 SUP READINESS CONF 0347

PRESENT: HON HERBERT J. EXARHOS JUDGE PRESIDING DEPARTMENT B

CLERK KATHLEEN FAHEY KOMAN REPORTER TAMMY L. NIELSEN CSR 9143 CSR#

REPORTER'S ADDRESS: P.O. BOX 128, SAN DIEGO, CA 92112-4104

THE PEOPLE OF THE STATE OF CALIFORNIA
VS.

G. Bennett
DEPUTY DISTRICT ATTORNEY

QUILLAR LEE V P – PROPER
DEFENDANT ATTORNEY FOR DEFENDANT (APPT'D/RETAINED)

VIOLATION OF PC451(b) CT1 PC245(a)(1) CT2 PC236/237 CT3
ALLEG: PC12022(b) CT3
PRIORS: 2 STRIKE: 2 S/F: 2
INTERPRETER SWORN/CERT
LANGUAGE

**READINESS**

DEFENDANT ☒ ~~NOT~~ (PRESENT) ☐ NOT NEGOTIABLE. TRIAL DATE ______ REMAINS AS SET/CONFIRMED/VACATED.
☐ DEFENDANT ADVISED OF RIGHTS, WAIVES RIGHTS. ☐ DEFT. SWORN & EXAMINED. DATE INFO./INDICT. FILED ______.
☐ DEFENDANT WITHDRAWS PLEA OF "NOT GUILTY" HERETOFORE ENTERED AND NOW PLEADS
☐ NOLO CONTENDERE, WITH CONSENT OF DISTRICT ATTORNEY AND APPROVAL OF COURT, OF THE OFFENSE:
☐ GUILTY OF THE OFFENSE:
☐ PEOPLE V. WEST PLEA.
☐ COUNSEL & DEFT. STIP. TO PRELIM. TRANS. AS FACTUAL BASIS OF PLEA.
☐ ON MOTION OF COURT/DDA/DEFENDANT COUNT(S) ______ REMAINING IS/ARE DISMISSED FOJ/VOP.
☐ ON MOTION OF COURT/DDA/DEFENDANT ALLEGATIONS/PRIOR(S) ______ REMAINING IS/ARE STRICKEN FOJ/VOP.

**CUSTODY STATUS**

☒ DEFENDANT REMANDED TO CUSTODY OF SHERIFF ☐ WITHOUT BAIL ☒ WITH BAIL SET AT $ 30,000-.
☐ DEFENDANT ORDERED RELEASED FROM CUSTODY ☐ ON OWN/SUPERVISED RECOGNIZANCE ☐ CASE DISMISSED ☐ ACQUITTED.
☐ DEFENDANT TO REMAIN AT LIBERTY ☐ ON BOND POSTED $ ______ ☐ ON OWN/SUPERVISED RECOGNIZANCE.
☐ BAIL IS SET AT/REDUCED TO/INCREASED TO $ ______.

**FUT HRGS**

☐ DEFT'S WAIVERS: ☐ STATUTORY TIME PRON. JUDGMENT/TRIAL ☐ HARVEY/ARBUCKLE ☐ PRESENCE AT POST-SENTENCE HEARING.
Hrg re pro per privileges IS SET FOR/CONT'D/TRAILED TO 8-20-96 AT 9:30
IN DEPARTMENT B ON MOTION OF COURT/DDA/DEFENDANT. DAYS LEFT ______

**BONDS WRRNTS**

☐ BENCH WARRANT TO ISSUE, BAIL SET AT $ ______. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO ______
☐ BENCH WARRANT ISSUED/ORDERED ______ IS RECALLED/RESCINDED.
☐ BOND IS ☐ EXONERATED ☐ FORFEITED. AMOUNT $ ______. BOND NO. ______
BOND COMPANY ______ AGENT ______
☐ BOND FORFEITURE OF ______ IS SET ASIDE/REINSTATED/EXONERATED. SURETY TO PAY $ ______ W/IN 30 DAYS.

**MH**

☐ PROCEEDING SUSPENDED PER PC 1368. MENTAL COMPETENCY EXAMINATION ON ______ AT ______
IN ROOM 1003, PSYCHIATRIC EXAMINING FACILITY.
HEARING ON ______ AT ______ IN DEPARTMENT ______.
☐ THE SHERIFF IS ORDERED TO TRANSPORT DEFENDANT TO AND FROM THE EXAMINATION AND HEARING SHOWN ABOVE.

**PROBTN REFRL**

☐ REPORT ORDERED: ☐ PRESENTENCE ☐ POST-SENTENCE ☐ PC1000 ☐ SUPPLEMENTAL. PROB. RVKD. ON ______
☐ DEFENDANT FOUND GUILTY BY ☐ JURY VERDICT ☐ COURT FINDING. ☐ DEFT. WAIVES POST-SENTENCE INTERVIEW.
☐ DEFT. ORDERED TO REMAIN IN COURTROOM UNTIL INTERVIEWED BY COURT PROBATION OFFICER FOR A LIMITED REPORT.
☐ DEFENDANT REFERRED TO/ORDERED TO REPORT IMMEDIATELY TO PROBATION DEPT. BELOW FOR INTERVIEW:
☐ 232 W. ASH ST., SAN DIEGO ☐ 325 S. MELROSE DR., VISTA ☐ 1460 E. MAIN ST., EL CAJON ☐ 1727 SWEETWATER RD, NATIONAL CITY.

OTHER: Advis-Conflict Counsel – [redacted] is appointed as advisory counsel – (notified K.C. 8-14-96)
Elizabeth Barranco
Sheriff's representative is ordered to be present on 8-20-96 – Charles Ervin – 13. notified

Herbert Exarhos

SCE171374 DA P8001801

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

DATE 08-20-96 AT 09:30 M. 96139457 SUP READINESS CONF 0348

PRESENT: HON HERBERT J. EXARHOS JUDGE PRESIDING DEPARTMENT B

CLERK M. C. del Toro REPORTER TAMMY L NIELSEN CSR 9143 CSR#

REPORTER'S ADDRESS: P.O. BOX 128, SAN DIEGO, CA 92112-4104

THE PEOPLE OF THE STATE OF CALIFORNIA VS. — G. Bennett DEPUTY DISTRICT ATTORNEY

QUILLAR LEE V DEFENDANT — P - PROPER Elizabeth Barranco ATTORNEY FOR DEFENDANT (APPTD/RETAINED)

VIOLATION OF PC451(b) CT1 PC245(a)(1) CT2 PC236/237 CT3
ALLEG: PC12022(b) CT3
PRIORS: 2 STRIKE: 2 S/F: 2

INTERPRETER ________ SWORN/CERT
LANGUAGE ________

**READINESS**

DEFENDANT ☒ ~~NOT~~ PRESENT. ☐ NOT NEGOTIABLE. TRIAL DATE 9-26-96 REMAINS AS SET/CONFIRMED/VACATED.
☐ DEFENDANT ADVISED OF RIGHTS, WAIVES RIGHTS. ☐ DEFT. SWORN & EXAMINED. DATE INFO./INDICT. FILED ________.
☐ DEFENDANT WITHDRAWS PLEA OF "NOT GUILTY" HERETOFORE ENTERED AND NOW PLEADS
☐ NOLO CONTENDERE, WITH CONSENT OF DISTRICT ATTORNEY AND APPROVAL OF COURT, OF THE OFFENSE:
☐ GUILTY OF THE OFFENSE:
☐ PEOPLE V. WEST PLEA.
☐ COUNSEL & DEFT. STIP. TO PRELIM. TRANS. AS FACTUAL BASIS OF PLEA.
☐ ON MOTION OF COURT/DDA/DEFENDANT COUNT(S) ________ REMAINING IS/ARE DISMISSED FOJ/VOP.
☐ ON MOTION OF COURT/DDA/DEFENDANT ALLEGATIONS/PRIOR(S) ________ REMAINING IS/ARE STRICKEN FOJ/VOP.

**CUSTODY STATUS**

☒ DEFENDANT REMANDED TO CUSTODY OF SHERIFF ☐ WITHOUT BAIL ☒ WITH BAIL SET AT $ 30,000.
☐ DEFENDANT ORDERED RELEASED FROM CUSTODY ☐ ON OWN/SUPERVISED RECOGNIZANCE ☐ CASE DISMISSED ☐ ACQUITTED.
☐ DEFENDANT TO REMAIN AT LIBERTY ☐ ON BOND POSTED $ ________ ☐ ON OWN/SUPERVISED RECOGNIZANCE.
☐ BAIL IS SET AT/REDUCED TO/INCREASED TO $ ________.

**FUT HRGS**

☒ DEFT'S WAIVERS: ☒ STATUTORY TIME PRON. JUDGMENT/TRIAL ☐ HARVEY/ARBUCKLE ☐ PRESENCE AT POST-SENTENCE HEARING.
Trial IS SET FOR/CONT'D/TRAILED TO 9-30-96 AT 9:00 am
IN DEPARTMENT B ON MOTION OF COURT/DDA/DEFENDANT. DAYS LEFT 10

**BONDS WRRNTS**

☐ BENCH WARRANT TO ISSUE, BAIL SET AT $ ________. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO ________.
☐ BENCH WARRANT ISSUED/ORDERED ________ IS RECALLED/RESCINDED.
☐ BOND IS ☐ EXONERATED ☐ FORFEITED. AMOUNT $ ________. BOND NO. ________
BOND COMPANY ________ AGENT ________
☐ BOND FORFEITURE OF ________ IS SET ASIDE/REINSTATED/EXONERATED. SURETY TO PAY $ ________ W/IN 30 DAYS.

**MH**

☐ PROCEEDING SUSPENDED PER PC 1368. MENTAL COMPETENCY EXAMINATION ON ________ AT ________
IN ROOM 1003, PSYCHIATRIC EXAMINING FACILITY.
HEARING ON ________ AT ________ IN DEPARTMENT ________.
☐ THE SHERIFF IS ORDERED TO TRANSPORT DEFENDANT TO AND FROM THE EXAMINATION AND HEARING SHOWN ABOVE.

**REFERRAL**

☐ REPORT ORDERED: ☐ PRESENTENCE ☐ POST-SENTENCE ☐ PC1000 ☐ SUPPLEMENTAL. PROB. RVKD. ON ________.
☐ DEFENDANT FOUND GUILTY BY ☐ JURY VERDICT ☐ COURT FINDING. ☐ DEFT. WAIVES POST-SENTENCE INTERVIEW.
☐ DEFT. ORDERED TO REMAIN IN COURTROOM UNTIL INTERVIEWED BY COURT PROBATION OFFICER FOR A LIMITED REPORT.
☐ DEFENDANT REFERRED TO/ORDERED TO REPORT IMMEDIATELY TO PROBATION DEPT. BELOW FOR INTERVIEW:
☐ 232 W. ASH ST., SAN DIEGO ☐ 325 S. MELROSE DR., VISTA ☐ 1460 E. MAIN ST., EL CAJON ☐ 1727 SWEETWATER RD, NATIONAL CITY.

OTHER: Further readiness 9-24-96 930 Dept B
Defendant withdraws his pro per status. Court grants deft request. Elizabeth Barranco is appointed as attorney of record.

14

Herbert Exarhos

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN DIEGO

SUPERIOR COURT • SAN DIEGO COUNTY, CA •

**Central Division**
**Court Reporter Services**

San Diego County Courthouse
220 West Broadway, Room 3005
San Diego, California 92101-3877

**Court Reporter Services**
(619) 531-3964
Fax: (619) 515-8500

April 25, 2007

Lee V. Quillar D-22639
P.O. Box 921 C4 217
Imperial, CA 92251

Re: Transcript Request
Case Name: People vs. Lee V. Quillar
Case No.: SCE171374

Dear Mr. Quillar:

We are in receipt of your letter requesting the transcription of steno notes taken by Robert Carlucci on July 10, 1996.

Unfortunately, unlike case files, reporters' stenograph notes are destroyed after 10 years in storage. According to Government Code Section 69955(e), "Reporting notes produced under subdivision (b) may be destroyed upon the order of the court after 10 years from the taking of the notes in criminal proceedings and after five years from the taking of the notes in all other proceedings, unless the notes report proceedings in capital felony cases including the preliminary hearing. No reporting notes in a capital felony case proceeding shall be destroyed until such time as the Supreme Court on request by the court clerk authorizes the destruction."

Therefore, we are unable to produce transcripts for this case.

Thank you,

ENeal

E. Neal
Court Reporting Services

LEE V. QUILLAR D-22639
P.O. Box 921 C4 217
Imperial CA 92251

Department of Justice
110 West "A" Street, Ste. 1100
San Diego, CA 92186

Dear Sir/Madam.

I am writing in request for the appropriate application that is needed to order records and the fee charges. This request is being made under Government Code Section 6253(a); and under Penal code section

Enclosed, please find a self addressed stamped envelope. Thank You for Your time!

Dated: May 7, 2007.

Respectfully Submitted by,

/s/ Lee V. Quillar
LEE V. QUILLAR - Requester

*BILL LOCKYER*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

110 WEST A STREET, SUITE 1100
SAN DIEGO, CA 92101

P.O. BOX 85266
SAN DIEGO, CA 92186-5266

Public: (619) 645-2001
Telephone: (619) 645-2225
Facsimile: (619) 645-2191
E-Mail: MEAGAN.BEALE@doj.ca.gov

May 16, 2007

Lee. V. Quillar
P. O. Box 921 C4 217
Imperial, CA 92251

Dear Mr. Quillar:

No particular form or application is needed for a request for records under the Public Records Act, Government Code § 6253. The cost for copies is 10¢ per page.

Sincerely,

MEAGAN J. BEALE
Deputy Attorney General

For EDMUND G. BROWN JR.
Attorney General

MJB:cp

Lee V. Quillar D-22639
P.O. Box 921 D-101
Imperial, CA 92251

Department of Justice
110 West "A" Street, Ste. 1100
San Diego, CA 92101

Ms. Meagan Beale:

On May 21, 2007, I received your letter dated May 16, 2007, in response to my request for "records under the Public Records Act, Government Code § 6253.

I am requesting the following:

1) the marsden hearing portion of the transcripts regarding the hearing under case No. SCE171374, on July 10, 1996, (see attached minute order, Page 1!)

2) the hearing as shown at Page 2 of the attached minute order under case no. SCE171374, on August 14, 1996, appointing Co-Counsel. and,

3) The hearing held on August 20, 1996, under Case no. SCE-171374, as shown at attachment-3. The actual transcripts for each of the above three hearings were never included in the original transcripts. Based on this fact, I am requesting that same be made available by virtue of Government Code § 6253.

Please reproduce an original and true copy, send me the fee charge, so that I can have a cashier check forwarded. I thank you in advance!

Submitted by,

Dated: May 27, 2007

/S/ Lee V. Quillar
LEE V. QUILLAR

*EDMUND G. BROWN JR.*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

110 WEST A STREET, SUITE 1100
SAN DIEGO, CA 92101
P.O. BOX 85266
SAN DIEGO, CA 92186-5266

Public: (619) 645-2001
Telephone: (619) 645-2225
Facsimile: (619) 645-2191
E-Mail: Meagan.Beale@doj.ca.gov

June 6, 2007

Lee V. Quillar, D-22639
P.O. Box 921 D-1 101
Imperial, CA 92251

Dear Mr. Quillar,

Upon receiving your letter of May 27, 2007, requesting documents from the Attorney General's Office, I reviewed our entire file of your criminal case, San Diego County Case No. SCE 171374. We do not have any original or copies of the documents requested. We have only the normal record on appeal of a criminal case, as described in California Rule of Court, rule 8.320. The documents you requested are the reporter's transcripts of your arraignment (July 10, 1996) and two pre-trial readiness conferences (August 14, 1996 and August 20, 1996). Transcripts of these proceedings are not contained in the normal record on appeal, and are not contained in our file of this case.

You should contact directly the court reporters identified on the minute orders for those days to determine if transcripts are available.

Sincerely,

Meagan J. Beale

MEAGAN J. BEALE
Deputy Attorney General

For EDMUND G. BROWN JR.
Attorney General

MJB/cp

*EDMUND G. BROWN JR.*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

110 WEST A STREET, SUITE 1100
SAN DIEGO, CA 92101
P.O. BOX 85266
SAN DIEGO, CA 92186-5266

Public: (619) 645-2001
Telephone: (619) 645-2225
Facsimile: (619) 645-2191
E-Mail: Meagan.Beale@doj.ca.gov

June 29, 2007

Lee V. Quillar, D-22639
P.O. Box 715071
Old Folsom
Represa, CA 95671

Dear Mr. Quillar,

Upon receiving your letter of May 27, 2007, requesting documents from the Attorney General's Office, I reviewed our entire file of your criminal case, San Diego County Case No. SCE 171374. We do not have any original or copies of the documents requested. We have only the normal record on appeal of a criminal case, as described in California Rule of Court, rule 8.320. The documents you requested are the reporter's transcripts of your arraignment (July 10, 1996) and two pre-trial readiness conferences (August 14, 1996 and August 20, 1996). Transcripts of these proceedings are not contained in the normal record on appeal, and are not contained in our file of this case.

You should contact directly the court reporters identified on the minute orders for those days to determine if transcripts are available.

Sincerely,

/s/ Meagan J. Beale
MEAGAN J. BEALE
Deputy Attorney General

For EDMUND G. BROWN JR.
Attorney General

MJB/cp

# Government Claims Form

California Victim Compensation and Government Claims Board
P.O. Box 3035
Sacramento, CA 95812-3035

1-800-955-0045 • www.governmentclaims.ca.gov

State of California

RECEIVED
Victim Compensation and Govt Claims Board
JUL 20 2007
Government Claims Div.

For Office Use Only
Claim No.: 568909

## *Is your claim complete?*

| | |
|---|---|
| | New! Include a check or money order for $25 payable to the State of California. |
| | Complete all sections relating to this claim and sign the form. Please print or type all information. |
| | Attach receipts, bills, estimates or other documents that back up your claim. |
| | Include two copies of this form and all the attached documents with the original. |

## *Claimant Information*

1. Last name: QuILLAR, First Name: Lee, MI: V
2. Tel: N/A
3. Email: N/A
4. Mailing Address: P.O. BOX 715071 (SBA210u) City: Represa State: CA Zip: 95671
5. Best time and way to reach you: Any time by mail
6. Is the claimant under 18? Yes (No) If YES, give date of birth: MM DD YYYY

## *Attorney or Representative Information*

7. Last name: QuillAR, First Name: Lee, MI: V
8. Tel: N/A
9. Email: N/A
10. Mailing Address: P.O. Box 715071 (Old Folsom) City: Represa State: CA Zip: 95671
11. Relationship to claimant: Self.

## *Claim Information*

12. Is your claim for a stale-dated warrant (uncashed check) or unredeemed bond? Yes (No)
    If NO, continue to Step 13.
    State agency that issued the warrant: N/A
    Dollar amount of warrant: N/A Date of issue: MM DD YYYY
    Proceed to Step 22.
13. Date of Incident: April 10 - July 2007
    Was the incident more than six months ago? Yes (No)
    If YES, did you attach a separate sheet with an explanation for the late filing? N/A Yes No
14. State agencies or employees against whom this claim is filed: California Superior Court, California Department of Justice, and Superior Court Reporter Robert Carlucci and Tammy L. Nielsen, and superior court Clerk Kathleen Koman and M.C. del Toro, and Deputy District Attorney L. Koster and G. Bennett
15. Dollar amount of claim: $0.00
    If the amount is more than $10,000, indicate the type of civil case: Limited civil case ($25,000 or less) / Non-limited civil case (over $25,000)
    Explain how you calculated the amount: $ 0.00

16 Location of the incident: San Diego, CA

17 Describe the specific damage or injury: Due process, equal protection and Statutory law under California Gov't code 6253; California rules of court rule 8.328, 10.856; and Penal code 1181, 13200 and 13300. Also, California Const., Art, I, Sec. 3, (b)(1) and Art I, Section 3 (b)(2).

18 Explain the circumstances that led to the damage or injury: Intentional Suppression of Evidence, and denial of equal rights. (see declaration)

19 Explain why you believe the state is responsible for the damage or injury: Intentional Fraud and Violation of due process (see declaration)

20 Does the claim involve a state vehicle? Yes (No)

If YES, provide the vehicle license number, if known:

## Auto Insurance Information

21 N/A

Name of Insurance Carrier

Mailing Address | City | State | Zip

Policy Number: | Tel:

Are you the registered owner of the vehicle? Yes No

If NO, state name of owner:

Has a claim been filed with your insurance carrier, or will it be filed? Yes No

Have you received any payment for this damage or injury? Yes No

If yes, what amount did you receive?

Amount of deductible, if any:

Claimant's Drivers License Number: | Vehicle License Number:

Make of Vehicle: | Model: | Year:

Vehicle ID Number:

## Notice and Signature

22 I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

Lee V. Quillar | July 2, 2007

Signature of Claimant or Representative | Date

23 Mail the original and two copies of this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program, P.O. Box 3035, Sacramento, CA, 95812-3035. Forms can also be delivered to the Victim Compensation and Government Claims Board, 630 K Street, Sacramento.

## For State Agency Use Only

24

Name of State Agency | Fund or Budget Act Appropriation No.

Name of Agency Budget Officer or Representative | Title

Signature | Date

VCGCB-GC-002 (Rev. 8/04)

LEE V. QUILLAR D-22639
P.O. BOX 715071, 5BA210
Represa, CA 95671

IN PRO PER.

CALIFORNIA BOARD OF CONTROL

In re Matter of
LEE V. QUILLAR,
Before
CALIFORNIA BOARD OF CONTROL.

NO. ______
DECLARATION OF LEE V. QUILLAR re BOARD OF CONTROL CLAIM

I, Lee V. Quillar, declare:

1. I am currently incarcerated at Folsom State Prison, located in Represa, California.

2. On April 10, 2007, declarant Filed a "Notice and motion For transcripts by virtue of Cal. Rules of court, rule 5(c) and (d) (See attachments, Pages 1-2.)

3. On April 11, 2007, a Friend of declarant went to the El Cajon Superior Court in an attempt to secure transcripts that by operating law, were suppose to automatically be given to declarant which consist of an "in camera Marsden hearing as Formated under the case of People v. Marsden (1970) 2 Cal.3d 118; (Self representation). (See attachment PP. 3-6.)

4. On May 7, 2007, declarant wrote the Department of Justices and again requested the Reporter's transcripts under Government code section 6253(a). (Attachment P. 7, and See response P. 8.)

5. On May 27, 2007, declarant again wrote to the Justice Department in his continual attempt to Secure document that he should have been afford "automatically under Cal. Rules of Court, rule 8.328(b), which States:

(1) The reporter's transcripts of any hearing held under People v. Marsden (1970) 2 Cal.3d 118; must be Keep confidential. The chronological index to the reporter's transcripts MUST include the Marsden hearing but list it as "CONFIDENTIAL" or the equivalent;
(2) The superior court clerk MUST send the original and one copy of the confidential transcripts to the reviewing court with the record;
and, (3) The superior court clerk MUST Send one copy of the confidential transcript to the defendant's Appellate counsel or, if the defendant is not yet represented by the appellate counsel, to the appellate project for the district.

6. Not only have the State failed to follow the above Process, but declarant has been denied this direct exculpatory evidence which is crucially needed based on his unconstitutional conviction. (see second letter to Justice Department, P.9.)

7. On June 26, 2007, declarant received a second response from the Department of Justice stating: "The transcripts of the July 10, 1996, August 14, 1996 and August 20, 1996; are not contained in the normal record. (attachment P. 10.)

8. Declarant is being denied his rights to "Public Records" which said documents are direly needed to prove his claims, which in terms are denying him of equal protection of the law and due Process. Thus having violated California Rules of Court, rule 8.328; Government code 6253; and California constitution, Article

9. On July 10, 1996, Superior court Judge Herbert J. Exarhos, Presided over a hearing in the El Cajon Superior court-East county, in San Diego whereby, declarant was relieved of professional counsel, his trial date was waived, and declarant was placed into self-representation. (see attachment P. 11.)

10. On August 14, 1996, another hearing was held before Superior Court Judge Herbert J Exarhos wherein, attorney Elizabeth A. Barranco was appointed as "co-counsel" to declarant's "Pro Per status." (See attachment P. 12.)

11. On August 20, 1996, a third hearing was held before Judge Herbert J. Exarhos. Now, declarant's Pro Per status was withdrawn, and attorney Elizabeth Barranco was appointed as attorney of record. (Attachment P. 13.)

12. Declarant "DID NOT" attend any of the above hearings, he not request any of the above Privileges, nor agreed to "ANY" of the information as alleged and the attached document's as shown at attachment 11-13, are totally Fictitious.

13. After having recently discovered the above, declarant is now being denied access at all Public records Procedures, to have the actual Reporter's Transcripts that declarant is suppose to automatically have granted to him under California Rule of court, rule 8.328.

14. Declarant was not given any of the information as outlined in attachment 11-13, in the form of Reporter's Transcripts. After requesting documents Previously, declarant was denied "twice" by the same Judicial officer (Exarhos) who held the Fictitious hearings and fabricated the minute orders. (Attachment 11-13.)

15. Now, declarant is being denied due Process to Public records under every Procedure allowed as demonstrated herein.

I declare under the Penalty of Perjury that the foregoing is true and correct except on information and belief, and as to those, I believe them to be true.

EXECUTED at Represa, California on July 2, 2007.

/s/ Lee V. Quillar
LEE V. QUILLAR

CALIFORNIA
VCGCB
Victim Compensation & Government Claims Board

STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95814
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95814
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

Lee Quillar D22639
PO Box 715071
Represa, CA 95671

August 06, 2007

RE: Claim G568909 for Lee Quillar, D22639

Dear Lee Quillar,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on July 18, 2007.

Based on its review of your claim, Board staff believes that the court system is the appropriate means for resolution of these claims, because the issues presented are complex and outside the scope of analysis and interpretation typically undertaken by the Board. The claim has been placed on the consent agenda. The VCGCB will act on your claim at the September 25, 2007 hearing. You do not need to appear at this hearing. The VCGCB's rejection of your claim will allow you to initiate litigation should you wish to pursue this matter further.

If you have questions about this matter, please mention letter reference 99 and claim number G568909 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,

Government Claims Division
Victim Compensation and Government Claims Board

cc: D-8 Justice, Administrative Services Division, Attn: Jana Ott

Ltr 99 Complex Issue Reject

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

NOTICE TO DEFENDANT: TAMMY L. NIELSON, KATHLEEN
*(AVISO AL DEMANDADO):* KOMAN, M.C. DEL TORO, AND ROBERT CARLUCCI

YOU ARE BEING SUED BY PLAINTIFF: LEE V. QUILLAR
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

FILED
Clerk of the Superior Court
NOV 15 2007
BY: B. Follis, Clerk

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

***Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.***

The name and address of the court is: SUPERIOR COURT OF SAN DIEGO
*(El nombre y dirección de la corte es):* 330 W. BROADWAY,
SAN DIEGO, CA 92101
CENTRAL DIVISION

CASE NUMBER: **37-2007-00082024-CU-PO-CTL**
*(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
LEE V. QUILLAR
P.O. BOX 950 (5BA210U)
FOLSOM, CA 95763

DATE: ~~September 30, 2007~~ NOV 19 2007 Clerk, by B. Follis, Deputy
*(Fecha)* Resubmitted ~~November 2, 2007~~ *(Secretario)* B. FOLLIS *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

SUPERIOR COURT · SAN DIEGO COUNTY, CA ·

NOTICE TO THE PERSON SERVED: You are served
1. [X] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify)*:
3. [ ] on behalf of *(specify)*:

under: [ ] CCP 416.10 (corporation) [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
[X] other *(specify)*: STATE REPRESENTATIVE

4. [ ] by personal delivery on *(date)*:

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
LEE V. QUILLAR D-22639
P.O. BOX 950 (5BA210U)
FOLSOM, CA. 95763
TELEPHONE NO.: FAX NO.:
ATTORNEY FOR (Name): INPROPRIA PERSONA

FOR COURT USE ONLY

FILED
Clerk of the Superior Court
NOV 15 2007
BY: B. Follis, Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 W. BROADWAY
MAILING ADDRESS: P.O. BOX 122724
CITY AND ZIP CODE: SAN DIEGO, CA. 92112-2724
BRANCH NAME: CENTRAL DIVISION

CASE NAME: QUILLAR V. TAMMY L. NIELSON, et al.,

## CIVIL CASE COVER SHEET

☐ Unlimited (Amount demanded exceeds $25,000) ☐ Limited (Amount demanded is $25,000 or less)

Complex Case Designation
☐ Counter ☐ Joinder
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER: 37-2007-00082024-CU-PO-CTL
JUDGE:
DEPT:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☒ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. ☐ monetary b. ☒ nonmonetary; declaratory or injunctive relief c. ☐ punitive
4. Number of causes of action *(specify)*: EIGHT
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: September 30, 2007 Resubmitted on November 2, 2007
LEE V. QUILLAR
(TYPE OR PRINT NAME)

▶ Lee V. Quillar
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

28.

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
LEE V. QUILLAR D-22639
P.O. BOX 950 (5BA210U)
FOLSOM, CA. 95763

TELEPHONE NO: FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): INPROPRIA PERSONA

FOR COURT USE ONLY

FILED
Clerk of the Superior Court
NOV 15 2007
BY: B. Follis, Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 W. BROADWAY
MAILING ADDRESS: P.O. BOX 122724
CITY AND ZIP CODE: SAN DIEGO, CA. 92112-2724
BRANCH NAME: CIVIL DIVISION

PLAINTIFF: LEE V. QUILLAR

DEFENDANT: TAMMY L. NIELSON, KATHLEEN KOMAN, M.C. DEL TORO, AND ROBERT CARLUCCI.

☐ DOES 1 TO ________

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
☐ AMENDED (Number):
Type (check all that apply):
☐ MOTOR VEHICLE ☒ OTHER (specify): DENIAL OF CONSTITUTIONAL RIGHTS
☐ Property Damage ☐ Wrongful Death
☒ Personal Injury ☐ Other Damages (specify):

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
Amount demanded ☐ does not exceed $10,000
☐ exceeds $10,000, but does not exceed $25,000
☐ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
☐ from limited to unlimited
☐ from unlimited to limited NON-MONETARY

CASE NUMBER:
37-2007-00082024-CU-PO-CTL

1. Plaintiff (name or names): LEE V. QUILLAR
alleges causes of action against defendant (name or names): ROBERT CARLUCCI, TAMMY NIELSON, KATHLEEN FAHEY KOMAN, M.C. DEL TORO.
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.





American LegalNet, Inc.
www.FormsWorkflow.com

29.

**Superior Court of California**
**County of San Diego**

CENTRAL COURTHOUSE
220 W. BROADWAY
PO BOX 120128
SAN DIEGO CA 92112-0128

January 11, 2007

Lee V. Quillar
P.O. Box 950 (5BA21OU)
Folsom, CA 95763

Ref: *Lee Quillar v. Tammy Nielsen, Kathleen Koman, MC Del Toro & Robert Carlucci*,
San Diego Superior Court Case No. 37-2007-00082024-CU-PO-CTL

Dear Mr. Quillar:

You filed a lawsuit in the above-referenced matter, seeking transcripts of hearings in *People v. Quillar*, San Diego Superior Court Case No. SCE171374, on three dates: July 10, 1996, August 14, 1996 and August 20, 1996. On April 10, 2007, it was originally believed that the court reporters' notes for these dates had been destroyed, pursuant to Government Code section 69955, subdivision (e), because they are more than ten years old.

However, it has since been determined that transcripts can be produced for the hearings of August 14, 1996 (approximately ten pages), and August 20, 1996 (approximately one page). Since your request for free transcripts was denied by the Honorable Herbert Exarhos, Judge of the San Diego Superior Court, there would be a charge of $44.80, payable to Tammy Nielsen, San Diego Superior Court, East County Regional Center, 250 East Main Street, El Cajon, California 92020.

Court reporter Bob Carlucci is deceased. His notes are not available, and no transcript can now be produced for July 10, 1996.

Sincerely,

Cheryl L. Brierton

Cheryl L. Brierton
Litigation Attorney

# Superior Court of California
## County of San Diego

CENTRAL COURTHOUSE
220 W. BROADWAY
PO BOX 120128
SAN DIEGO CA 92112-0128


April 18, 2008

Lee V. Quillar
P.O. Box 950 (5BA21OU)
Folsom, CA 95763

Ref: *Lee Quillar v. Tammy Nielsen, Kathleen Koman, MC Del Toro & Robert Carlucci*, San Diego Superior Court Case No. 37-2007-00082024-CU-PO-CTL

Dear Mr. Quillar:

You filed a lawsuit in the above-referenced matter, seeking transcripts of hearings in *People v. Quillar*, San Diego Superior Court Case No. SCE171374, on three dates: July 10, 1996, August 14, 1996 and August 20, 1996. As I stated in my letter to you on January 11, 2008, it was originally believed that the court reporters' notes for these dates had been destroyed, pursuant to Government Code section 69955, subdivision (e), because they are more than ten years old.

It was subsequently determined that transcripts could be produced for the hearings of August 14, 1996 (approximately ten pages), and August 20, 1996 (approximately one page). Since your request for free transcripts was denied by the Honorable Herbert Exarhos, Judge of the San Diego Superior Court, there would be a charge of $44.80, payable to Tammy Nielsen, San Diego Superior Court, East County Regional Center, 250 East Main Street, El Cajon, California 92020. Ms. Nielsen indicates that to date, you have not ordered these transcripts, nor sent any payment.

In our earlier letter, we informed you that Court reporter Bob Carlucci was deceased, and his notes were not available. However, some paper notes of Mr. Carlucci's have come to light, and it has been determined that a transcript can now be produced for July 10, 1996 (approximately six pages). The transcript cost would be $16.80. Payment for this transcript should be sent to Donna Foster, Court Reporter, San Diego Superior Court, 220 W. Broadway, San Diego, CA 92101.

Sincerely,
Cheryl L. Brierton
Cheryl L. Brierton
Litigation Attorney

31.