**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

LEE V. QUILLAR,

Petitioner,

vs.

MATTHEW KRAMER, Warden,

Respondent.

Civil No. 08-0194 IEG (AJB)

**ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT**

**(Doc. No. 6.)**

On February 20, 2008, the Court dismissed petitioner Lee V. Quillar's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court summarily dismissed the instant petition as successive pursuant to 28 U.S.C. § 2244(b)(3)(A) because petitioner had already unsuccessfully challenged his state court conviction in case No. 01cv0968 BTM (BEN).

On June 4, 2008, petitioner filed a motion for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. Petitioner asserts he has shown fraud upon the court in obtaining his original conviction. Even if petitioner's assertions were true, this Court may not consider a successive petition without authorization from the Ninth Circuit Court of Appeals. See 28 U.S.C. § 2244(b)(3)(A).

//

//

//

//

//

Accordingly, the Court hereby DENIES petitioner's motion for relief from judgment. The case shall remained closed.

**IT IS SO ORDERED.**

**DATED: June 23, 2008**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**