FILED
JUL 2 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY AKK DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

LEE V. QUILLAR,

Petitioner,

vs.

MATTHEW KRAMER, Warden,

Respondent.

Civil No. 08-0194 IEG (AJB)

**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY**

**(Doc. No. 9.)**

Petitioner Lee V. Quillar has filed a Notice of Appeal of the denial of his petition for writ of habeas corpus. (Doc. No. 8.) A petitioner complaining of detention arising from state court proceedings must obtain a certificate of appealability to file an appeal of the final order in a federal habeas proceeding. 28 U.S.C. § 2253(c)(1)(A) (2007). The district court may issue a certificate of appealability if the petitioner "has made a substantial showing of the denial of a constitutional right." Id. § 2253(c)(2).

Petitioner previously filed a petition in this Court in 2001 challenging his conviction in San Diego County Superior Court Case No. SCE171374. [Case No. 01cv968-BTM(BEN).] The Court denied the petition on the merits, and the Court of Appeals affirmed that decision. Petitioner filed a second petition in this Court in 2006 challenging the same conviction. [Case No. 06cv2286-H(AJB).] The Court dismissed the 2006 petition under 28 U.S.C. § 2244(b)(3)(A) without prejudice to Petitioner obtaining leave from the Ninth Circuit Court of Appeal to file the second or successive petition. The Court of Appeal denied Petitioner's application for leave to file a second or successive petition.

On January 31, 2008, petitioner filed the instant petition for writ of habeas corpus, his third in this Court challenging the same state court conviction. The Court does not have jurisdiction over this petition without authorization from the Ninth Circuit Court of Appeals. See 28 U.S.C. § 2244(b)(3)(A).

The Court therefore does not have jurisdiction to consider the petition on the merits, including ruling on petitioner's request for a certificate of appealability. See Cooper v. Calderon, 274 F.3d 1270 (9th Cir. 2001) (vacating district court's denial of certificate of appealability as to successive petition). Accordingly, the Court denies petitioner a certificate of appealability.

**IT IS SO ORDERED.**

**DATED: July 21, 2008**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**