# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

FILED
AUG 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY AKR DEPUTY

W. Samuel Hamrick, Jr.
Clerk of Court

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE

AUG - 6 2008

FILED ______
DOCKETED 8-6-8
DATE SS INITIAL

To: Clerk, U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

**Re: USCA No: 08-56190**
**USDC No: 08cv194 IEG**
**Quillar v. Kramer, et al**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | | | | | |
|---|---|---|---|---|---|
| | Copy of the Notice of Appeal | | | Docket Entries | |
| | Case Information/Docket Fee Payment Notification Form | | | | |
| | Order for Time Schedule (Criminal) | | | | |
| | Original Clerk's Record in | | set(s) of | | volume(s). |
| | Reporter's transcript's transcripts in | | set(s) of | | volume(s). |
| | Clerk's supplemental record in | | set(s) of | | volume(s). |
| | Exhibits in   envelope(s) | | box(es) | | folders(s) |
| | Judgement Order | **OR** | | F/P Order | |
| | CJA Form 20 | **OR** | | Minute Order | |
| ✖ | Certificate of Record | **OR** | | Mandate Return | |
| | Amended docket fee notification form | | | | |
| | Order Appointing Counsel for Appeal | | | | |
| | | | | | |
| ✖ | Please acknowledge on the enclosed copy of this transmittal | | | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date: 07/29/08

By: A Rowland
Angela Rowland, **Deputy**